IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCHWAYN D. BRADLEY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 1:19-01064-KD-N |
| ) | |
| LOUIS DEJOY, Postmaster General, ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of Defendant Louis DeJoy, Postmaster General, and against Plaintiff Schwayn D. Bradley.

**DONE** and **ORDERED** this the **19th** day of **July 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**